No. 94–8376. EARLY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–8378. COLEMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–8383. BOWENS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8389. ZURITO-BERRIO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8390. LOHM v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–8393. VAN KRIEKEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8394. WALTER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8396. WILES v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 94–8400. ROSE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–8403. ORTIZ-ESPINOSA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8408. BIVOLCIC v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–8410. BARNETT-INCLAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8412. FOSTER v. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 94–8413. VALENZUELA-RUIZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8415. DURDEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.